EMIL J. WESP, as Trustee in Bankruptcy of the ROSE SHOE MANUFACTURING COMPANY, Respondent, *v.* ROBERT J. STRASENBURGH, Appellant, Impleaded with Others.

*Wesp* v. *Muckle,* 136 App. Div. 241, affirmed.
(Argued January 26, 1911; decided February 14, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 3, 1910, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial in an action to recover the amount of certain dividends alleged to have been wrongfully declared by the defendants as directors of the Rose Shoe Manufacturing Company.

*John A. Barhite* for appellant.

*Isaac Adler* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: VANN, J.

---

WILLIAM F. EASLEY, Respondent, *v.* MAX LOEWENSTEIN, Appellant.

Reported below, 141 App. Div. 931.
(Argued February 6, 1911; decided February 14, 1911.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 30, 1910, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover royalties.

The motion was made upon the grounds that the judgment of the Appellate Division was unanimous; that no questions of law were involved; that the appeal was frivolous and taken for purposes of delay only.

*Robert W. Hardie* for motion.

*Robert B. Killgore* opposed.

Motion denied, with ten dollars costs.